12 A.3d 287

**Hon. Alfred RICCI, Acting Sheriff**

**v.**

**Hon. James R. MATTHEWS, Hon. Bruce L. Castor, Jr., Hon. Joseph M. Hoeffel, Montgomery County Commissioners and County of Montgomery.**

**Hon. Risa Vetri Ferman**

**v.**

**Hon. James R. Matthews, Hon. Bruce L. Castor, Jr., Hon. Joseph M. Hoeffel, Montgomery County Commissioners and County of Montgomery.**

**Petition of Hon. James R. Matthews, Hon. Bruce L. Castor, Jr., Hon. Joseph M. Hoeffel, Montgomery County Commissioners and County of Montgomery.**

Supreme Court of Pennsylvania.

Jan. 12, 2011.

## ORDER

PER CURIAM.

AND NOW, this 12th day of JANUARY, 2011, the Petition for Allowance of Appeal is GRANTED. The issue, rephrased for clarity, is:

> Does the Public Official and Employee Ethics Act, 65 Pa. C.S. § 1101, *et seq.*, expressly grant County Commissioners in Second Class A Counties the right to exercise limited supervisory authority over employees of Row Offices for purposes of enforcing the Ethics Act's remedial purposes?